| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2019 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial) REAVLEY, THOMAS M. | 2. Court or Organization Fifth Circuit Court of Appeals | 3. Date of Report 05/12/2020 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. CIRCUIT JUDGE - SENIOR STATUS | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2019 to 12/31/2019 |
| 7. Chambers or Office Address Bob Casey Federal Courthouse 515 Rusk Street, Room 11009 Houston, Texas 77002 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **REAVLEY, THOMAS M.** | 05/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2019 | State of Texas, Judicial Retirement | $64,650.72 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Norton Rose Fulbright Defined BenefitPension |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **REAVLEY, THOMAS M.** | 05/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REAVLEY, THOMAS M. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Compass Bank (Houston) | | None | O | T | | | | | |
| 2. Royalty (Hendrix) Pecos County, Texas | A | Royalty | J | W | | | | | |
| 3. Minerals (Rock Cliff Energy) Nacogdoches County, Texas | D | Royalty | L | W | | | | | |
| 4. Minerals (Apache) Nacogdoches County, Texas | | None | J | W | | | | | |
| 5. Chase Bank (Houston) | | None | | | Closed | 02/01/19 | J | | |
| 6. Minerals (Chesapeake) Nacogdoches County, Texas | | None | J | W | | | | | |
| 7. Fee Land, Llano County, Texas | | None | K | W | | | | | |
| 8. Prudential Insurance Company - Whole Life Policy | A | Int./Div. | J | T | | | | | |
| 9. Minerals (Indigo) Nacogdoches County, Texas | C | Royalty | M | W | | | | | |
| 10. Vallence Operating Co., Panola County, Texas | C | Royalty | M | W | | | | | |
| 11. Minerals (AETHON) Nacogdoches County, Texas | B | Royalty | J | W | | | | | |
| 12. Minerals (Patara & Gulf Coast) Shelby County, Texas | A | Royalty | J | W | | | | | |
| 13. Minerals Nacogdoches County, Texas | | None | J | W | | | | | |
| 14. Minerals (XTO) Nacogdoches County, Texas | | None | J | W | | | | | |
| 15. Minerals (Delta Petroleum) Newton County, Texas | | None | J | W | | | | | |
| 16. Texas State Bond 5% Due 10/1/22 | C | Interest | M | T | | | | | |
| 17. Brookston Energy, Shelby County Texas | A | Royalty | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| REAVLEY, THOMAS M. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Massachusetts State Bond 5.25% Due 08/01/21 | D | Interest | M | T | | | | | |
| 19. Texas GO Series B Bond 4% Due 4/01/24 | C | Interest | M | T | | | | | |
| 20. Apple Common Stock | B | Dividend | M | T | | | | | |
| 21. Walt Disney Common Stock | A | Dividend | L | T | | | | | |
| 22. Arkansas State Bond 4% Due 06/01/24 | C | Interest | M | T | | | | | |
| 23. Stifel Bank & Trust - cash account | A | Interest | M | T | | | | | |
| 24. Minerals (British Petroleum) Panola County, Texas | B | Royalty | J | W | | | | | |
| 25. Minerals (Amplify Energy) Panola Cty TX | A | Royalty | J | W | | | | | |
| 26. Minerals (CDR), Shelby County, Texas | A | Royalty | J | W | | | | | |
| 27. Minerals (CCI Gulf Coast), Nacogdoches County, Texas | A | Royalty | J | W | | | | | |
| 28. Bank of Baroda - cash account | A | Interest | J | T | | | | | |
| 29. Stifel Bank - cash account | A | Interest | L | T | | | | | |
| 30. Stifel Trust Company NA | A | Interest | J | T | Open | 06/30/19 | J | | |
| 31. | | | | | | | | | |
| 32. Spouse Holdings Listed Below: | | | | | | | | | |
| 33. BBVA Compass Bank Houston, TX (Money Market) | A | Interest | N | T | | | | | |
| 34. J.P. Morgan Chase Common Stock (formerly J.P. Morgan & Co.) | C | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REAVLEY, THOMAS M. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. General Electric Co. Common Stock | A | Dividend | K | T | | | | | |
| 36. IBM Common Stock | B | Dividend | K | T | | | | | |
| 37. Exxon Mobil Corp. Common Stock | C | Dividend | L | T | | | | | |
| 38. BBVA Compass Bank Checking Account | | None | K | T | | | | | |
| 39. T. Rowe Price Small Cap Value Fund | B | Distribution | N | T | | | | | |
| 40. | | Dividend | | | | | | | |
| 41. T. Rowe Price New Era Fund | B | Distribution | M | T | | | | | |
| 42. | | Dividend | | | | | | | |
| 43. Northwestern Mutual Whole Life Policies - See Part VIII | E | Dividend | O | V | | | | | |
| 44. Abbott Labs Common Stock | B | Dividend | L | T | | | | | |
| 45. Illinois Tool Works Inc Common Stock | E | Dividend | O | T | | | | | |
| 46. Proctor & Gamble Common Stock | C | Dividend | M | T | | | | | |
| 47. Northwestern Mutual Variable Annuity Policy (Son, Annuitant) | | None | M | T | | | | | |
| 48. Northwestern Mutual Insurance Service Account | A | Interest | J | T | | | | | |
| 49. Glaxosmithkline PLC | B | Dividend | K | T | | | | | |
| 50. Texas GO 5% Bonds Due 10/1/2019 | C | Interest | | | Redeemed | 10/01/19 | L | | Issuer |
| 51. Chevron Corp. | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| REAVLEY, THOMAS M. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Royal Dutch Shell | C | Dividend | L | T | | | | | |
| 53. Massachusetts GO 5.25% Bonds Due 8/1/2021 | D | Interest | M | T | | | | | |
| 54. Caterpillar Common Stock | C | Dividend | M | T | | | | | |
| 55. Abbvie Inc. Common Stock | C | Dividend | L | T | | | | | |
| 56. Home Depot Common Stock | C | Dividend | M | T | | | | | |
| 57. Microsoft Common Stock | C | Dividend | N | T | | | | | |
| 58. Apple Common Stock | B | Dividend | M | T | | | | | |
| 59. Walt Disney Common Stock | A | Dividend | K | T | | | | | |
| 60. Wisconsin Clean Water Bond 4% Due 6/01/23 | C | Interest | M | T | | | | | |
| 61. Texas GO Series B Bond 4% Due 4/01/24 | C | Interest | M | T | | | | | |
| 62. Arkansas GO Higher Ed Bond 4% Due 6/1/24 | C | Interest | M | T | | | | | |
| 63. Stifel Bank & Trust - cash account | A | Interest | M | T | | | | | |
| 64. BNYM Appreciation Fund Y (formerly Dreyfus Appreciation Fund) | E | Int./Div. | N | T | Sold (part) | 12/09/19 | K | | |
| 65. Fidelity Contra Fund (401(k)) | | None | O | T | Sold (part) | 12/09/19 | L | | |
| 66. Vanguard Prime MM (401(k)) | A | Int./Div. | J | T | Sold (part) | 12/09/19 | J | | |
| 67. Vanguard High Dividend Yield ETF | C | Dividend | M | T | | | | | |
| 68. Harris County TX Met Tran Bond 5% Due 11/1/26 | C | Interest | M | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Oklahoma Dev Fin Auth Bond 5% Due 6/1/22 | C | Interest | M | T | | | | | |
| 70. Comwlth Fing Auth PA Bond 5% Due 6/1/25 | C | Interest | M | T | | | | | |
| 71. Lumberton TX Mud Util Sys Rev Bond 5% Due 8/15/20 | C | Interest | M | T | | | | | |
| 72. Galveston County TX Mud 44 Bond 5% Due 9/1/23 | C | Interest | M | T | | | | | |
| 73. College Station TX Indpt Sch Dist Bond 5% Due 8/15/25 | C | Interest | M | T | | | | | |
| 74. Connecticut ST ETC Ser E 5% Due 10/15/26 | C | Interest | M | T | | | | | |
| 75. Pennsylvania ST RFDG 2nd Ser B/E 5% Due 1/15/28 | C | Interest | M | T | | | | | |
| 76. Stifel Bank - cash account | A | Interest | M | T | | | | | |
| 77. FIAM Index TD 2005 S (401(k)) | | None | J | T | Sold (part) | 12/09/19 | J | | |
| 78. Stifel Trust Company NA | A | Interest | K | T | Open | 10/31/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **REAVLEY, THOMAS M.** | 05/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I am married to Circuit Judge Carolyn Dineen King.

In response to Part VII #43C, Judge King has reported the aggregate cash surrender value for the whole life policies.  In response to part VII #43B, Judge King has shown the aggregate amount of the dividends on those policies, which are used to pay the premiums and increase the cash surrender value.

Part VII #13 - This year no royalty was received

Part VII #14 - This year no royalty was received

| Name of Person Reporting | Date of Report |
|---|---|
| **REAVLEY, THOMAS M.** | 05/12/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ THOMAS M. REAVLEY**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544